

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-16-2012

# B.H. v. Easton Area School Dist

Precedential or Non-Precedential: Precedential

Docket No. 11-2067

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"B.H. v. Easton Area School Dist" (2012). *2012 Decisions.* Paper 489.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/489

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2067

_____

B.H., A MINOR, BY AND THROUGH HER MOTHER; JENNIFER HAWK;
K.M., A MINOR, BY AND THROUGH HER MOTHER; AMY MCDONALD-
MARTINEZ

v.

EASTON AREA SCHOOL DISTRICT,

Appellant

_____

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, Jr., VANASKIE, and GREENBERG[1], <u>Circuit</u> <u>Judges</u>

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

By the Court,


/s/ Theodore A. McKee
Chief Circuit Judge

Date: August 16, 2012

_____

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.



A True Copy:

Marcia M. Waldron, Clerk

1

TMM/smw/cc:      Mary Catherine Roper, Esq.
Molly M. Tack-Hooper, Esq.
Witold J. Walczak, Esq.
Keely J. Espinar, Esq.
John E. Freund, III, Esq.
Wilson M. Brown, III, Esq.
Kathryn E. Deal, Esq.
Wayne Pollock, Esq.
Terry L. Fromson, Esq.